NOTE — Reported at 395 N.E. 2d 263.

FOREMOST LIFE INSURANCE COMPANY *v.* DEPARTMENT OF INSURANCE, STATE OF INDIANA, LIQUIDATOR OF KEYSTONE LIFE INSURANCE COMPANY.

[No. 1-179A12. Filed September 27, 1979. Rehearing denied November 7, 1979. Transfer granted September 24, 1980.]

REPORTER'S NOTE: This opinion is reported at 395 N.E.2d 418. The Supreme Court granted transfer and vacated the opinion of the Court of Appeals under number 980S373. That opinion is reported at 409 N.E.2d 1092.

George maintain that their defense counsel was prevented by a conflict of interests from cross-examining Deckard in pursuit of evidence showing that Deckard and Burton schemed to steal the marijuana but Wilbur and George were non-participants in any such conspiracy.